United States District Court
Southern District of Texas
**ENTERED**
May 09, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ALYN GUADALUPE MEDINA TREJO, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 1:22-CV-047 |
| § | |
| ANTONY J BLINKEN, § | |
| § | |
| Defendant. § | |

## FINAL DECLARATORY JUDGMENT

In accordance with the Court's Order and Opinion (Doc. 87), Final Declaratory Judgment is entered in favor of Plaintiff Alyn Guadalupe Medina Trejo.

Pursuant to 8 U.S.C. § 1503(a), the Court declares that Plaintiff Alyn Guadalupe Medina Trejo was born on September 7, 1997, in Brownsville, Texas, rendering her a natural born citizen of the United States of America.

This is a final and appealable judgment.  Each party shall be responsible for its own fees and costs.

The Clerk of Court is directed to close this case.

Signed on May 9, 2024.

_Fernando Rodriguez, Jr._
Fernando Rodriguez, Jr.
United States District Judge